# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141045

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JEREMIAH WILLIAM BROOKS,
    Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141045
COA: 295878
Wayne CC: 02-013472-FH

_____/

    On order of the Court, the application for leave to appeal the April 2, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

Clerk

s0830